FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3198-JLS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |
| HECTOR ROSALES-CONTRERAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 27, 2007, within the Southern District of California, defendant HECTOR ROSALES-CONTRERAS, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 256.96 kilograms (approximately 566.5 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED:  November 27, 2007  .

KAREN P. HEWITT
United States Attorney

*[signature]*

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/27/07