AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HECTOR ROSALES-CONTRERAS

**WAIVER OF INDICTMENT**

CASE NUMBER: _07CR3198-JLS_

I, HECTOR ROSALES-CONTRERAS, the above-named defendant, who is accused of committing the following offense:

Possession of marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _11/27/07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Hector Rosales contreras_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY